IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.                                        **CASE NO.: 00-CR-048-23(JAF)**

**DANNY ORTIZ-PEREZ**
a/k/a: "Pelusan"

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION NOTIFYING VIOLATION OF THE CONDITIONS OF SUPERVISION**

**TO THE HONORABLE JOSE A. FUSTE
CHIEF UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

**COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of the offender, Danny Ortiz-Perez, who was sentenced on April 5, 2001, to sixty (60) months of imprisonment after pleading guilty of violating Title 21, U.S. Code, Sections 846.  A four (4) year supervised release term was imposed.  Mr. Ortiz-Perez was July 27, 2004, at which his supervision term commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

<u>**VIOLATION OF STANDARD CONDITION NO. 2**</u>**:  THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICER AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH.**

Overall, Mr. Ortiz-Perez has done well under supervision and has maintained gainful employment.  However, he has continuously failed to submit his monthly supervision reports   This matter has been addressed with Mr. Ortiz-Perez on two occasions.  First, in July 2006, when he had failed to submit his monthly supervision reports from October 2005 to June 2006.  Second, in March 2007, when he had failed to submit his monthly supervision reports from July 2006 to February 2007.

**WHEREFORE**, I declare under penalty of perjury that the foregoing is true and correct, and we request that a written reprimand be issued. If the offender incurs in further violations, the Court will be duly notified. Thereupon, that he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 21ST day of May, 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Malissa Y. Aponte
Malissa Y. Aponte
U.S. Probation Officer
Federal Office Building, Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-294-1648
E-mail: malissa_aponte@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sonia I. Torres, Assistant U.S. Attorney, and Michael Corona, Esq.

At San Juan, Puerto Rico, May 21, 2007.

<u>s/Malissa Y. Aponte</u>
Malissa Y. Aponte
U.S. Probation Officer
Federal Office Building, Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-294-1648
Fax 787-766-5945
E-mail: malissa_aponte@prp.uscourts.gov