AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

**UNITED STATES OF AMERICA,**               **APPEARANCE**

             v.                                          **CASE NUMBER: 00-048(JAF)**

**[23] DANNY ORTIZ-PEREZ**

To the Clerk of this court and all parties of record:

    Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

February 8, 2008
Date

    s/Evelyn Canals
    Signature

    AUSA Evelyn Canals
    Print Name

    Torre Chardon Bldg, Room 1201, 350 Chardon Ave.
    Address

    Hato Rey, Puerto Rico 00918
    City

    (787) 766-5656
    Phone Number

    E-mail: evelyn.canals@usdoj.gov

<u>US v. [23] Danny Ortiz Pérez</u>
Crim. No. 00-048(JAF)
Page 2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel(s) of record.

     At San Juan, Puerto Rico, this 8th day of February 2008.

     s\ Evelyn Canals
     Evelyn Canals - 207107
     Assistant U.S. Attorney
     Torre Chardón, Room 1201
     350 Carlos Chardón Avenue
     San Juan, PR 00918
     Tel. (787) 766-5656
     e-mail: evelyn.canals@usdoj.gov