IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    v.                                                  CR. NO. 00-00048-23 (JAF)

DANNY ORTIZ-PEREZ
A/K/A "PELUSAN"

ORDER

Upon petition of Yarixa Vázquez-Marcano, United States Probation Officer of this Court, alleging that offender, Danny Ortíz-Pérez, has failed to comply with the conditions of his supervision term, it is

ORDERED that the offender appear before this Court on _____ 2008 at _____, for a hearing to show cause, if there be any, why his supervision term in the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, the offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The court orders that the Clerk issue the corresponding warrant for the arrest of Danny Ortíz-Pérez. The counsel for the offender and for the government shall be notified with a copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this _____ day of June 2008.

                                                                     _____
                                                                        José A. Fusté, Chief
                                                             United States District Judge

/YVM